Civil Action No. 25-cv-04342

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Customs and Border Protection

was received by me on *(date)* 05/23/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: A copy of the complaint, issued summons, Civil Cover Sheet, and Corporate Disclosure Form were sent via USPS certified mail on 06/04/2025 to U.S. Customs & Border Protection (c/o Office of Chief Counsel 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, D.C. 20229), the U.S. Attorney General, and the Assistant U.S. Attorney for the Southern District of New York. The documents were delivered on June 9, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 06/11/2025

*Erika Acosta*
Server's signature

Erika Acosta, paralegal
*Printed name and title*

AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500,
PMB2026
Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc: