UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
DOCUMENTED NY,

Plaintiffs,

- against -

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al*.,

Defendants.
---------------------------------------------------------x

**NOTICE OF COURT CONFERENCE**

25-CV-4342

A phone conference will be held before the Hon. Edgardo Ramos, U.S.D.J. on **November 6, 2026, at 11:30 a.m.** The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conference's start time.

Dated: October 22, 2026
New York, New York

/s/Jazmin Trotman
Jazmin Trotman, Courtroom Deputy
Hon. Edgardo Ramos, USDJ