American Immigration Council

October 23, 2026

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Documented NY v. U.S. Department of Homeland Security, et al.*, Case No. 1:25-cv-04342-ER

Dear Judge Ramos:

Plaintiff Documented NY writes to request a continuance of the telephonic conference set for November 6, 2026, at 11:30 a.m. to the following week. *See* Notice of Ct. Conf., ECF No. 15. Plaintiff's counsel is traveling the date of the conference and will not have reliable cellular service at the time of the conference.

The parties are both generally available November 10, 2026, through November 13, 2026, except the afternoons of November 12, 2026, and November 13, 2026.

This is Plaintiff's first request to continue this conference. Defendants consent to it.

Plaintiff thanks the Court for its consideration of this request.

Respectfully,

/s/ Chris Opila
Christopher ("Chris") Opila
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500, PMB2026
Washington, DC 20036
Tel: 202-507-75699
copila@immcouncil.org

*Counsel for Plaintiff*

Cc: Counsel for Defendants (via ECF)